Quinn *v.* The State.

---

This appeal is therefore dismissed; costs in this court against the appellant.

Filed Feb. 16, 1892.

———◆———

No. 15,944.

## QUINN *v.* THE STATE.

CRIMINAL LAW.—*Instructions.*—*Directing Bailiff to Give.*—It is error for the trial court, in a criminal prosecution, to direct the bailiff to go into the jury room and give the jury instructions as to the return of their verdict.

SAME.—*Reception of Verdict by Attorney.*—It is error to direct that the verdict should be received by an attorney, unless he is appointed a special judge.

From the Marshall Circuit Court.

*J. D. McLaren* and *E. C. Martindale*, for appellant.

*A. G. Smith*, Attorney General, and *S. N. Stevens*, Prosecuting Attorney, for the State.

ELLIOTT, C. J.—The judgment in this case must be reversed. The trial judge directed the bailiff to go into the jury room and give the jury instructions as to the return of their verdict. He also directed that the verdict should be received by an attorney of the court, but did not appoint him a special judge.

Judgment reversed.

Filed Feb. 17, 1892.